# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-56 |
| BILLY CHEN, | |
| Defendant. | |

## O R D E R

This matter is before the Court on the Defendant's Unopposed Motion Requesting a Virtual Hearing In Lieu of an In-Person Sentencing Hearing. (Doc. 607.) In the Motion, counsel for Defendant requests that the sentencing hearing set for August 10, 2022, be conducted by electronic means and provides that the Government does not oppose the motion. (Id.) Counsel submits that his and the Defendant's physical health and current medical conditions put them at higher risk of being infected with the COVID-19 virus which is further increased by airline travel from California to Georgia to attend sentencing in person. (Id.) Having considered the request and for good cause shown therein, the Court **GRANTS** Defendant's Motion.

THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing that is currently scheduled for August 10, 2022, at 2:00 p.m. is rescheduled for August 10, 2022, at 11:00 a.m. and will be conducted by electronic means.

**SO ORDERED**, this 3rd day of August, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA