IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-56 |
| BILLY CHEN, | |
| Defendant. | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on or about April 4, 2022, Billy Chen (the "defendant"), entered a plea of guilty to the offense charged in Count Three of the above-captioned Indictment, charging a violation of 18 U.S.C. § 1956(h); and

WHEREAS, on August 16, 2022, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the (1) $126,850[1] from Bank of America account ending in 1859 and (2) $7,254.22[2] from Wells Fargo account ending in 9442, for a total amount of $134,104.22 (hereinafter, the "Subject Property") as property involved in the defendant's violation of 18 U.S.C. § 1956(h) and/or substitute asset, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning August 31, 2022, through and including September 29, 2022 (Doc. 783); and

---

[1] From the bank account resulting in the seizure of $167,418.70, $40,568.70 is to be returned to Billy Chen, and the remaining $126,850 is to be judicially forfeited.

[2] The Preliminary Order of Forfeiture listed $7,254 for forfeiture. The correct forfeiture amount is $7,254.22.

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 21 U.S.C. § 853(a) and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

**SO ORDERED**, this 26th day of April, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA